Michael O. Stevens, OSB No. 095198
email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
3699 NW John Olsen Place
Hillsboro, OR 97124
Tel: (971) 533-6178
Fax: (971) 228-2608
Attorney for Plaintiff Stephanie S. Erhardt

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEPHANIE S. ERHARDT,<br><br>    Plaintiff,<br><br> v.<br><br>SHARI'S MANAGEMENT CORPORATION,<br><br>    Defendant. | Case No.: 3:17-cv-00655-HZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Stephanie S. Erhardt ("Plaintiff") hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal is with prejudice, with each party to bear its own costs and fees, including any attorney's fees.

//

//

//

DATED: August 2, 2017  Respectfully submitted,

STEVENS & LEGAL, LLC

By: <u>/s/ Michael O. Stevens</u>
Michael O. Stevens, OSB No. 095198
michael@hillsborofirm.com
Attorney for Plaintiff Stephanie S. Erhardt